UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60263-CIV-LENARD/O'SULLIVAN

ERNESTO CARRERA, et al.
    Plaintiffs,

v.

UPS SUPPLY CHAIN SOLUTIONS, INC.,
    Defendant.
_____/

### ORDER

THIS MATTER is before the Court on the Plaintiff's Motion for Representative Discovery (DE # 177, 4/14/11). Having reviewed the applicable filings and law, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion for Representative Discovery (DE # 177, 4/14/11) is GRANTED in part and DENIED in part. The plaintiffs in this motion request the Court to limit the scope of the defendant's discovery to ten percent (10%) of the class members that join this lawsuit. Presently, there are approximately 30 opt-in plaintiffs. Opt-in plaintiffs have until July 11, 2011, to provide their notices to the plaintiffs' counsel. At that time the Court will know how many plaintiffs will be in the case and how to appropriately proceed with discovery.

Between now and July 11, 2011, the defendant may conduct written discovery regarding the approximately 30 opt-in plaintiffs that have already joined this lawsuit. In addition, pursuant to Federal Rule of Civil Procedure 30(a)(2), the defendant may conduct up to ten (10) depositions or more if the parties agree. Should the defendant need to conduct more depositions than allowed by Rule 30(a)(2), it shall file a motion with the Court pursuant to Federal Rule of Civil Procedure 26(b)(2)A.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **17th** day of May, 2011.

*[signature]*
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Lenard
All Counsel of Record