UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60263-CIV-LENARD/O'SULLIVAN

ERNESTO CARRERA, et al.

    Plaintiffs,

v.

UPS SUPPLY CHAIN SOLUTIONS, INC.,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court following an informal discovery conference held before the undersigned on May 18, 2012. Having held a held a hearing in this matter and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that the defendant's request to compel the plaintiffs to respond to the subject written discovery requests is denied. Pursuant to Southern District of Florida Local Rule 26.1 the plaintiffs are not required to respond to the subject discovery requests. The defendant's delay in providing the discovery requests to the plaintiffs does not constitute excusable neglect.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 18th day of May, 2012.

                                            JOHN J. O'SULLIVAN
                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Lenard
All Counsel of Record