## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 10-60263-civ-LENARD/O'SULLIVAN

**ERNESTO CARRERA,**
,

      **Plaintiff,**

**v.**

**UPS SUPPLY CHAIN SOLUTIONS, INC., a
Foreign Profit Corporation,**

      **Defendant.**

_____/

### NOTICE OF SETTLEMENT

The Parties hereby give notice that Plaintiff Ernesto Carrera's claims have been resolved

in full.

Respectfully submitted this 21st day of January, 2013,

| | |
|---|---|
| **/s/Kelly-Ann G. Cartwright** | **/s/ Christina J. Thomas** |
| Kelly-Ann G. Cartwright | Christina J. Thomas, Esq. |
| Fla. Bar No. 892912 | Fla. Bar No. 0074846 |
| Erika R. Royal | Richard B. Celler, Esq. |
| Fla. Bar No. 154385 | Fla. Bar No. 173370 |
| **HOLLAND & KNIGHT LLP** | Angeli Murthy, Esq. |
| *Attorneys for Defendant* | Fla. Bar No. 088758 |
| *UPS Supply Chain Solutions, Inc.* | **MORGAN & MORGAN, P.A.** |
| 701 Brickell Avenue, Suite 3000 | *Counsel for Plaintiff Ernesto Carrera* |
| Miami, Florida  33131 | 600 North Pine Island Road |
| Tel: (305) 374-8500 | Suite  400 |
| Fax: (305) 789-7799 | Plantation, , FL 33324 |
| kelly-ann.cartwright@hklaw.com | Tel: 954-318-0268 |
| erika.royal@hklaw.com | Fax: 954-333-3515 |
| | rceller@forthepeople.com |
| | amurthy@forthepeople.com |
| | cthomas@forthepeople.com |

<u>**CERTIFICATE OF SERVICE**</u>

*I Hereby Certify* that on **January 21, 2013,** I electronically filed the foregoing NOTICE OF

SETTLEMENT the Clerk of the Court using the CM/ECF system which will send a notice of

electronic filing to all counsel of record.

<u>**/s/ Christina J. Thomas**</u>
Christina J. Thomas