UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-60263-CIV-LENARD/O'SULLIVAN

**ERNESTO CARRERA, RAY DUNAKIN,
DANIEL D. FITZGERALD, WILLIAM E.
HARILSON and RANDALL LUTCHMIE-
MAHARAJ,**

      Plaintiffs,
vs.

**UPS SUPPLY CHAIN SOLUTIONS, INC.,**
a foreign profit corporation,

      Defendant.
_____/

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS
## AND FINAL ORDER OF DISMISSAL WITH PREJUDICE

The parties, through their respective undersigned counsel, hereby move for approval of the Settlement Agreements and for a final order of dismissal with prejudice of Plaintiffs' action, and state:

1.    Plaintiffs Ray Dunakin, Daniel D. Fitzgerald, William E. Harilson and Randall Lutchmie-Maharaj (collectively "the *Dunakin* Plaintiffs") made certain claims against UPS SCS in this consolidated action pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. ("FLSA"), and state law claims for unjust enrichment.

2.    Defendant denies the allegations made by the *Dunakin* Plaintiffs and maintain that the *Dunakin* Plaintiffs were properly classified and were paid in accordance with all applicable laws.

3.    To avoid the costs and the uncertainty of litigation, the parties have negotiated individual settlements in this FLSA matter. Pursuant to *Lynn's Food Stores, Inc. v. United*

*States*, 679 F. 2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor. Accordingly, the parties request that the Court approve the settlement agreements negotiated and entered into by the parties.

4. As part of the settlements reached between the parties, the *Dunakin* Plaintiffs have agreed to dismiss this action with prejudice upon approval by the Court of the settlement agreements negotiated and entered into by the parties. Copies of the settlement agreements negotiated and agreed to by the parties are attached as Exhibits "A1" through "A4."

5. The parties stipulate that the settlements reached between them represent a "fair and reasonable" resolution of the *Dunakin* Plaintiffs' FLSA claims against Defendant. The parties further stipulate to the dismissal with prejudice of this action upon approval by the Court of the settlement agreements negotiated and agreed to by the parties. A copy of the Joint Stipulation for Dismissal with Prejudice is attached as Exhibit "B."

6. For the Court's convenience, attached as Exhibit "C" is a proposed Order.

WHEREFORE, the parties respectfully request that this Court enter an Order approving the settlement agreements negotiated and entered into by the parties and dismissing with prejudice the claims made by the *Dunakin* Plaintiffs against Defendant in this action, and award such other relief as is just and proper under the circumstances.

JOINTLY SUBMITTED, this 12th day of February, 2013.

**HOLLAND & KNIGHT LLP**

*Attorneys for Defendant*
*UPS Supply Chain Solutions, Inc*.
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Tel:  (305) 374-8500  Fax: (305) 7897799
email:  kelly-ann.cartwright@hklaw.com
             erika.royal@hklaw.com

By:   s/Kelly-Ann Cartwright
Kelly-Ann Cartwright
Fla. Bar No. 892912
Erika R. Royal
Fla. Bar No. 154385

Jennifer Keating, *Pro Hac Vice*
Philip C. Monrad, *Pro Hac Vice*
David P. Pogrel, *Pro Hac Vice*
**LEONARD CARDER, LLP**
1330 Broadway, Suite 1450
Oakland, CA  94612
Tel: (510) 272-0169   Fax:  (510) 272-0174
email:  jkeating@leonardcarder.com
    pmonrad@leonardcarder.com
    dpogrel@leonardcarder.com
*Counsel for Plaintiffs Ray Dunakin, Daniel D. Fitzgerald,*
*William E. Harilson and Randall Lutchmie-Maharaj*

Richard Celler, Esq.
Christina Thomas, Esq.
Angeli Murthy, Esq.
**MORGAN & MORGAN, P.A.**
600 N. Pine Island Road, Suite 400
Plantation, FL  33324
Tel: (954) 318-0268     Fax: (954) 333-3515
email:  rceller@forthepeople.com
    cthomas@forthepeople.com
    amurthy@forthepeople.com
*Counsel for Plaintiffs Ernesto Carrera, et al.*

**CERTIFICATE OF SERVICE**

*I Hereby Certify* that on **February 12, 2013,** I electronically filed the foregoing JOINT MOTION FOR APPROVAL OF SETTLEMENT with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record listed below:

Noah Scott Warman, Esq.
**SUGARMAN & SUSSKIND**
100 Miracle Mile, Suite 300
Coral Gables, FL  33134
Tel: (305) 529-2801     Fax: (305) 447-8115
email: nwarman@sugarmansusskind.com

Jennifer Keating, *Pro Hac Vice*
Philip C. Monrad, *Pro Hac Vice*
David P. Pogrel, *Pro Hac Vice*
**LEONARD CARDER, LLP**
1330 Broadway, Suite 1450
Oakland, CA  94612
Tel: (510) 272-0169     Fax: (510) 272-0174
email:  jkeating@leonardcarder.com
         pmonrad@leonardcarder.com
         dpogrel@leonardcarder.com
*Counsel for Plaintiffs Ray Dunakin et al.*

Andrew Moriarty, *Pro Hac Vice*
**PERKINS COIE, LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101
Tel: (206) 359-8000     Fax: (206) 359-9000
email:  amoriarty@perkinscoie.com
*Co-Counsel for Defendant*

Richard Celler, Esq.
Christina Thomas, Esq.
Angeli Murthy, Esq.
**MORGAN & MORGAN, P.A.**
600 N. Pine Island Road, Suite 400
Plantation, FL  33324
Tel: (954) 318-0268     Fax: (954) 333-3515
email:  rceller@forthepeople.com
         cthomas@forthepeople.com
         amurthy@forthepeople.com
*Counsel for Plaintiffs Ernesto Carrera, et al.*

Mark A. Friel, *Pro Hac Vice*
Steve D. Larson, *Pro Hac Vice*
**STOLL BERNE**
209 SW Oak Street, Suite 500
Portland, OR  97204
Tel: (503) 227-1600     Fax: (503) 227- 6840
*Co-Counsel for Plaintiffs Ray Dunakin et al.*

Calvin Keith, *Pro Hac Vice*
**PERKINS COIE, LLP**
1120 NW Couch Street, 10th Floor
Portland, OR  97209-4128
Tel: (503) 727-2000    Fax: (503) 727-2222
email: ckeith@perkinscoie.com
*Co-Counsel for Defendant*

     s/Kelly-Ann Cartwright