UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60263-CV-LENARD/O'SULLIVAN

**ERNESTO CARRERA, et al.,**

    Plaintiffs,

v.

**UPS SUPPLY CHAIN SOLUTIONS, INC.,**

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENTS AND DISMISSING CLAIMS OF REMAINING PLAINTIFFS WITH PREJUDICE

**THIS CAUSE** is before the Court on Plaintiffs Ray Dunakin, Daniel D. Fitzgerald, William E. Harilson, and Randall Lutchmie-Maharaj and Defendant UPS Supply Chain Solutions, Inc.'s Joint Motion for Approval of Settlement Agreements and for Final Order of Dismissal with Prejudice (D.E. 540), filed February 12, 2013. Appended to the Parties' Joint Motion are their proposed Settlement Agreements (D.E. 540-1, 540-2, 540-3, 540-4.)

Under the law of the Eleventh Circuit, this Court must review all proposed Fair Labor Standards Act settlement agreements. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354 (11th Cir. 1982).

Having reviewed the Parties' proposed Settlement Agreements, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiffs Ray Dunakin, Daniel D. Fitzgerald, William E. Harilson, and Randall Lutchmie-Maharaj and Defendant UPS Supply Chain Solutions, Inc.'s proposed Settlement Agreements are **APPROVED**; and

2. All claims of Plaintiffs Ray Dunakin, Daniel D. Fitzgerald, William E. Harilson, and Randall Lutchmie-Maharaj are **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of March, 2013.

*[signature: Joan A. Lenard]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**